**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DONNA BLUFORD-CURRY, individually and on behalf of all others similarly situated, | § § § | CASE NO.: 5:19-cv-02833-SL |
| *Plaintiff*, | § § § | JUDGE SARA LIOI |
| vs. | § § § | CLASS ACTION |
| GANLEY FORD INC., | § § § | JURY TRIAL DEMANDED |
| *Defendant*. | § § § § | **JOINT STIPULATION OF DISMISSAL** |
| | § | |

**JOINT STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between Plaintiff Donna Bluford-Curry and Defendant, Ganley Ford, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Dated: March 25, 2020.

| **EISENBAND LAW, P.A.** | **Ulmer & Berne LLP** |
|---|---|
| /s/ Michael Eisenband | /s/David D. Yeagley |
| Michael Eisenband | David Yeagley |
| Florida Bar No. 94235 | Ohio Bar NO. 0042433 |
| 515 E. Las Olas Boulevard, Suite 120 | 1100 Skylight Office Tower |
| Ft. Lauderdale, Florida 33301 | 1660 West Second Street |
| Email: MEisenband@Eisenbandlaw.com | Cleveland, OH 44113 |
| Telephone: 954.533.4092 | Tel: (216) 583-7216 |
| | dyeagley@ulmer.com |
| **Attorney for Plaintiff** | |
| | **Attorney for Defendant** |