# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DONNA BLUFORD-CURRY, individually and on behalf of all others similarly situated, | § § § CASE NO.: 5:19-cv-02833-SL § § *Plaintiff*, § § JUDGE SARA LIOI § vs. § § CLASS ACTION § GANLEY FORD INC., § § JURY TRIAL DEMANDED § *Defendant*. § § **JOINT STIPULATION OF** § **DISMISSAL** § |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff Donna Bluford-Curry and Defendant, Ganley Ford, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

IT IS SO ORDERED.    3/26/2020

_____
HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE

Dated: March 25, 2020.

| **EISENBAND LAW, P.A.**<br><br>/s/ Michael Eisenband<br>Michael Eisenband<br>Florida Bar No. 94235<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>Email: MEisenband@Eisenbandlaw.com<br>Telephone: 954.533.4092<br><br>**Attorney for Plaintiff** | **Ulmer & Berne LLP**<br><br>/s/David D. Yeagley<br>David Yeagley<br>Ohio Bar NO. 0042433<br>1100 Skylight Office Tower<br>1660 West Second Street<br>Cleveland, OH 44113<br>Tel: (216) 583-7216<br>dyeagley@ulmer.com<br><br>**Attorney for Defendant** |
|---|---|